JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>       Plaintiff,<br><br>  vs.<br><br>SOKH HENG D/B/A DONUT AND WATER; JFU HOLDINGS, LLC; and DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:20-cv-02521-AB (SKx)**<br><br>**Judgment Re: Default Judgment**<br><br>Date: September 25, 2020<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Honorable André Birotte Jr. |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff KIMBERLY FRAZIER shall have JUDGMENT in her favor in the amount of $440.00 in costs, $3,200.00 in attorneys' fees, and $4,000.00 statutory damages penalty, for a total of $7,640.00 against Defendants SOKH HENG D/B/A DONUT AND WATER and JFU HOLDINGS, LLC.

Additionally, Defendants SOKH HENG D/B/A DONUT AND WATER and JFU HOLDINGS, LLC are ordered to provide an accessible parking space at the property located at or about 1500 E. Vernon Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 10/13/2020

By: _____
Honorable André Birotte Jr.
United States District Judge